## CLERK OF CIVIL DISTRICT COURT

**CIVIL DIVISION**
421 Loyola Avenue, Room 402
New Orleans, Louisiana 70112
cdcclerk@orleanscdc.com
Telephone: (504) 407-0000
Fax: (504) 592-9128



**LAND RECORDS DIVISION**
1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112
civilclerklandrecords@orleanscdc.com
Telephone: (504) 407-0005

*Chelsey Richard Napoleon*
Clerk of Court and Ex-Officio Recorder

March 5, 2020

Corey E. Dunbar
Attorney at Law
8311 Highway 23, Suite 104
P.O. Box 7125
Belle Chasse, LA 70037

> ***RE:*** *Booth & Booth APLC v. John Ohle, et al*
> CDC No. 2019-11185 Division "C-10"
> **Exceptions/Balance Due**

Dear Mr. Dunbar:

This office is in receipt of the Exceptions referenced in the above-captioned matter filed February 28, 2020. However, there is a balance due in the amount of **$282.00**. The balance is as follows:

| | |
|---|---|
| Declinatory Exception of Insufficiency of Service of Process | $ 94.00 |
| Dilatory Exception of Want of Amicable Demand | $ 94.00 |
| Peremptory Exception of Nonjoinder of a Party | $ 94.00 |
| Peremptory Exception of No Cause of Action | $ 94.00 |
| **Total Due** | **$376.00** |
| Payment Received | $ 94.00 |
| **Balance Due** | **$282.00** |

Please remit the above amount payable to the Clerk of Court within seven (7) business days of the date of this correspondence. If you have any questions contact Christine Thrift, Section Head for Division "C-10" at (504) 407-0035.

Your prompt attention to this matter is appreciated.

Sincerely,

(for)    Chelsey Richard Napoleon
Clerk, Civil District Court

CRN/iwf