# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN B. OHLE, III, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 20-1949 |
| CHELSEY RICHARD NAPOLEON | SECTION: "F" (3) |

## J U D G M E N T

Considering the Court's Order and Reasons granting defendant's motion to dismiss, record document no. 18; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Chelsey Richard Napoleon and against plaintiffs John B. Ohle, III, John Wagner and Kensington Capital Advisors, LLC, dismissing plaintiffs' complaint with prejudice.

New Orleans, Louisiana, this __3rd__ day of November 2020.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE